Phillip LUMPKINS; Marlene
Lumpkins, Plaintiffs–
Appellants,

v.

UNITED STATES of America,
Defendant–Appellee,

and

Southern Insulation, Incorporated; Miscellaneous Metals, Incorporated; LVI Enviromental Services of Maryland, Incorporated; LVI Enviromental Services of Florida, Incorporated, Defendants,

and

Hill International, Incorporated,
Third Party Plaintiff,

W.M. Schlosser Company, Incorporated,
Third Party Defendant.

No. 03–1410.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 3, 2003.

Decided Oct. 24, 2003.

William F. Mulroney, Patrick M. Wysong, ASHCRAFT & GEREL, L.L.P., Baltimore, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, Thomas F. Corcoran, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, KING, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Phillip and Marlene Lumpkins appeal the district court's order granting the United States' motion to dismiss their action under the Federal Tort Claims Act for lack of jurisdiction under Fed.R.Civ.P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lumpkins v. United States,* 215 F.Supp.2d 640 (D.Md.2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*